IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA ) No. 2:26CR- 00192KGB
)
v. )
) 18 U.S.C. § 924(a)(1)(A)
JACOB PAUL SCHUTZ )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 06 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

On or about December 31, 2025, in the Eastern District of Arkansas, the defendant,

JACOB PAUL SCHUTZ,

knowingly made a false statement and representation to Van Sant Kalb, III, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of KALBPAWN, LLC, d/b/a Kalb Pawn & Retail, in that the defendant executed a U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearms indicated on the Form 4473, that is: (1) a Radical Arms, RF-15, multi-caliber pistol, bearing serial number 25-020466 and (2) a Glock, 21, .45 caliber pistol, bearing serial number akzz395, whereas in truth and in fact, he was not the actual transferee/buyer of one or more of the firearms, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JACOB PAUL SCHUTZ, shall forfeit to the United States pursuant to Title 18, United States

Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐ NO TRUE BILL. ☑ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

REESE LANCASTER
Assistant United States Attorney
AR Bar No. 2017114
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
501-340-2600
reese.lancaster@usdoj.gov